IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00087-GCM

| | |
|---|---|
| CONBRACO INDUSTRIES, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| ELMCO & ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the motion of Defendant to allow **Daniel E. Beederman** to appear *Pro Hac Vice*, dated March, 22 2010 [doc. #5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Beederman has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 23, 2010

Graham C. Mullen
United States District Judge